489 A.2d 733

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Charles E. BROWN, Appellant.**

Supreme Court of Pennsylvania.

Dec. 3, 1984.

Decided April 3, 1985.

Marlene S. Cooperman (court-appointed), Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div. Asst. Dist. Atty; Sarah Vandenbraak, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Judgements of Sentence affirmed.